Commonwealth, Appellant, *v.* McCleary et al.

Before CAIN, JR., J. 

 Argued June 14, 1974. *J. Shellenberger,* with him *David Richman, Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellant; *Robert J. Glickman,* with him *Glickman & Dranoff,* for appellee at No. 416; *John W. Packel,* Assistant Public Defender, with him *Vincent J. Ziccardi,* Defender, for appellee at No. 417.

Orders affirmed.